PEOPLE, PLAINTIFF AND APPELLEE, *v.* DELIZ, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Arecibo in a Prosecution for Violation of the Scaffolds Act.

No. 2084.—Decided June 19, 1923.

BUILDING—SCAFFOLDS.—If both the owner and the builder are guilty of violating the Scaffolds Act of 1913, both may be prosecuted.
ID.—ID.—RAILINGS.—The existence of protecting railings is indispensable in all building operations and no excuse is admissible to justify their non-existence at a given time.

The facts are stated in the opinion.
*Mr. A. Piñero* for the appellant.
*Mr. José E. Figueras, Fiscal,* for the appellee.
MR. JUSTICE WOLF delivered the opinion of the court.

When an act permits disjunctively the prosecution of either the owner of a building or the builder if both are guilty both may be prosecuted. As we understand the use of the word ''or'' is to permit either or both to be prosecuted and appellant cites us to no contrary authority. The act, before it was amended, said that the owner and builder should be prosecuted, perhaps leaving it doubtful if one could be prosecuted without the other, but such a case is not before us. From the evidence presented although there

was some conflict it appeared that a scaffold in operation was without a railing or partition in opposition to the Act of December 1st, 1917, Act. No. 46 of that year. It would make no difference that the agents of the defendant were about to put such a railing on the scaffold. The law requires the actual existence of one.

The judgment must be

*Affirmed.*

Chief Justice Del Toro and Justices Aldrey, Hutchison and Franco Soto concurred.